UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>KLASSIC ENGINEERING & CONSTRUCTION, INC., a California corporation; KEIVAN SHIRALI, an individual; etc., et al.,,<br><br>Defendants. | CASE NO.: 2:18-CV-08665-CBM(SSx)<br><br>JUDGMENT PURSUANT TO STIPULATION [JS-6]<br><br>**[Hon. Consuelo B. Marshall]** |

PURSUANT TO THE STIPULATION FOR ENTRY OF JUDGMENT by and between Plaintiff, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware Limited Liability Company through its attorneys, Reich, Adell & Cvitan by Marsha M. Hamasaki and Defendants, KLASSIC ENGINEERING & CONSTRUCTION, INC., a California corporation; KEIVAN SHIRALI, an individual, through their attorneys, Gladych Law, Inc., by John A. Gladych, and good cause appearing therefor:

/ /

-1-

369645.1

IT IS HEREBY ORDERED THAT Judgment is entered in in favor of Plaintiff, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company, the administrator, agent for collection and a fiduciary to the Laborers Health And Welfare Trust Fund For Southern California, Construction Laborers Pension Trust For Southern California, Construction Laborers Vacation Trust For Southern California, Laborers Training And Re-Training Trust Fund For Southern California, Fund For Construction Industry Advancement, Center For Contract Compliance, Laborers Contract Administration Trust Fund For Southern California, Laborers' Trusts Administrative Trust Fund For Southern California, Southern California Partnership For Jobs Trust Fund (hereinafter collectively "TRUST FUNDS"), and against Defendants, KLASSIC ENGINEERING & CONSTRUCTION, INC., a California corporation ("KLASSIC") and KEIVAN SHIRALI, an individual ("SHIRALI") individually, jointly and severally as follows: (a) Against KLASSIC for the principal sum of **$101,585.58, plus $5,000.00 in attorney's fees** covering time periods from September 1, 2013 to November 30, 2016; and (b) Of the JUDGMENT against KLASSIC, SHIRALI, shall be individually, jointly and severally liable with KLASSIC for the sum of $75,752.26 and JUDGMENT is entered against him for **$75,752.26**.

The JUDGMENT covers the time period of September 2013 to November 2016 for amounts due on the Pasadena Unified School Projects known as (1) Woodrow Wilson Middle School; (2) Washington Middle School and (3) Washington Accelerated Elementary School only.

DATED: October 8, 2019

CONSUELO B. MARSHALL,
UNITED STATES DISTRICT JUDGE
CC:FISCAL

-2-

369645.1